IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BERNADINE MOORE and | : | |
| JASON MCDOWELL, | : | CIVIL ACTION |
|     Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| JOHNSON & JOHNSON | : | |
| CONSUMER, INC, et al., | : | No. 17-1164 |
|     Defendants. | : | |

## ORDER

**AND NOW**, this **29th** day of **March, 2017**, upon consideration of Defendant Johnson & Johnson Consumer, Inc.'s Motion to Stay All Proceedings, and Plaintiffs' response thereto, it is hereby **ORDERED** that:

1. The motion (Document No. 5) is **GRANTED**. This case is stayed pending further action by this Court or transfer by the United States Judicial Panel on Multidistrict Litigation. The parties are relieved of any pleading, discovery, or other obligation pending further order.

2. Plaintiffs' Motion to Remand Case to the Philadelphia Court of Common Pleas (Document No. 6) is **DENIED without prejudice**.

3. Plaintiffs' Motion to Expedite Plaintiffs' Motion to Remand Case to the Philadelphia Court of Common Pleas (Document No. 7) is **DENIED**.

4. Defendant Imerys Talc America, Inc.'s Motion to Dismiss Complaint for Lack of Personal Jurisdiction (Document No. 8) is **DENIED without prejudice**.

**BY THE COURT:**

*(signature)*

**Berle M. Schiller, J.**